[No. 61668-4-I.  Division One.  August 4, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY LYNN
MORELAND, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 07-1-00187-5, Diane M. Woolard, J., entered
June 27, 2007. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 35354-7-II.  Division Two.  August 5, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY SCOTT
SWANSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 05-1-02173-1, Beverly G. Grant, J., entered
September 8, 2006. *Affirmed* by unpublished opinion per
Bridgewater, J., concurred in by Houghton and Quinn-
Brintnall, JJ.

[No. 35421-7-II.  Division Two.  August 5, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON RAYNARD
PETTAWAY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 06-1-03350-9, Beverly G. Grant, J., entered
October 6, 2006. *Affirmed* by unpublished opinion per
Houghton, J., concurred in by Penoyar, A.C.J., and Hunt, J.

[No. 36151-5-II.  Division Two.  August 5, 2008.]

UNIFUND CCR, *Asignee, Respondent*, v. JIM I. AYHAN ET AL.,
*Appellants*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 05-2-01700-9, M. Karlynn Haberly, J., entered
March 2, 2007. *Reversed* and *remanded* by unpublished
opinion per Van Deren, C.J., concurred in by Hunt and
Penoyar, JJ.